IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LENA F. JOHNSON, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:07cv01806 |
| NATIONAL RAILROAD PASSENGER CORPORATION | * | |
| | * | |
| Defendant. | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S NOTICE OF CORRECTION TO SCRIVENER'S ERROR IN SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS

Defendant, National Railroad Passenger Corporation ("Amtrak"), by counsel, having previously submitted its Supplemental Memorandum in Support of its Motion to Dismiss, hereby submits the following "Notice of Correction" to that brief based on a scrivener's error in the applicable filing deadlines and, in support thereof, shows the Court as follows:

### I.   CORRECTED FILING DEADLINE

Amtrak filed its Motion to Dismiss on February 12, 2008. Pursuant to Local Rule 7(b), plaintiff had eleven (11) days in which to file an opposition to the motion. In its March 20, 2008, supplemental memorandum (page 3) addressing plaintiff's failure to respond to the motion, Amtrak mistakenly represented that March 10, 2008, was the date by which plaintiff should have filed her opposition. That date is incorrect. Plaintiff should have filed her opposition to Amtrak's Motion to Dismiss on or before February 25, 2008, not March 10th. Amtrak apologizes for any confusion this scrivener's error may have caused.

Respectfully submitted,

/s/ John G. Kruchko
John G. Kruchko   D.C. Bar # 371260
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, Virginia 22102
(703) 734-0554
(703) 734-0876 (fax)

Counsel for Defendant
National Railroad Passenger Corporation

Dated: March 21, 2008

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2008, I caused a copy of the foregoing Defendant's Supplemental Memorandum in Support of Motion to Dismiss, to be served on the following individuals via the Court's electronic filing system:

Bradley Deutchman
Edwin C. Brown, Jr.
Brown, Brown, and Brown, P.C.
6269 Franconia Road
Alexandria, Virginia 22310

/s/ John G. Kruchko
John G. Kruchko